In the Matter of the ATTORNEY-GENERAL *v.* THE NORTH
AMERICA LIFE INSURANCE COMPANY.

(Argued June 3, 1884; decided June 17, 1884.)

*William Barnes* for appellant.

*S. W. Rosendale* for receiver, respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

LYMAN H. GRANGER, Appellant, *v.* HENRY H. CRAIG et al.,
Respondents.

(Argued June 3, 1884; decided June 7, 1884.)

*John M. Dunning* for appellant.

*Wm. N. Cogswell* for respondents.

Agree to affirm on the opinion in the former appeal in this
case. (86 N. Y. 494.)
All concur.
Judgment affirmed.